UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-1932 SVW (KS)                                                    Date: March 14, 2022

Title   *Tyiavory Jackson v. Arthur Blain et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 27, 2020, Plaintiff, a California state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C § 1983 ("Complaint") alleging that prison officials were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. (Dkt. No. 1.) On October 21, 2021, Defendants filed a Motion for Summary Judgment ("Motion"). (Dkt. No. 63.) In a minute order dated October 22, 2021, the Court set a briefing schedule on the Motion. (Dkt. No. 70.) Pursuant to the briefing schedule, Plaintiff's deadline to file and serve an opposition to the Motion was November 22, 2021. (Dkt. No. 70.)

On December 14, 2021, the Court granted Plaintiff's first request for an extension of time to file an opposition to the Motion. The extended deadline was January 13, 2022. (Dkt. No. 77.)

On January 19, 2022, Plaintiff filed his second request for an extension of time to file an opposition. (Dkt. No. 78.) The Court again granted the request; the new deadline to file an opposition was February 21, 2022. (Dkt. No. 79.)

On February 24, 2022, Plaintiff filed a letter notifying the Court that he was "waiting for the prison law library to provide copies of [his] exhibits in order to properly submit [his] opposition to the Defendants' Motion for Summary Judgment." (Dkt. No. 81.) Plaintiff did not request a third extension of time. (*Id.*)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-1932 SVW (KS)                                                      Date: March 14, 2022

Title   *Tyiavory Jackson v. Arthur Blain et al.*

    Three weeks have now passed since Plaintiff's twice-extended deadline to file his opposition. Plaintiff has neither filed a response to the Motion nor requested a third extension of time to do so.

    Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Plaintiff's failure to diligently prosecute this case and comply with the Court's January 21, 2022 Order extending Plaintiff's deadline to February 21, 2022.

    However, in the interests of justice, plaintiff is **ORDERED TO SHOW CAUSE on or before April 13, 2022** why the action should not be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's response to this OSC must include <u>either</u>: (1) a request for an extension of time to file an opposition accompanied by a sworn declaration that establishes good cause for both Plaintiff's failure to timely respond to the Motion and his need for additional time; *or* (2) a complete Opposition that fully complies with the Local Rules and the Federal Rules of Civil Procedure.

    <u>Alternatively</u>, Plaintiff may discharge this Order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    **Plaintiff is expressly cautioned that his failure to respond to this order may result in a recommendation granting the pending motion for summary judgment and/or dismissal based on Rule 41 of the Federal Rules of Civil Procedure.**

                                                     **Initials of Preparer**   gr