**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYIAVORY JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. ARTHUR BLAIN, et al.,<br><br>　　　　　Defendants.<br>_____ | NO. CV 20-1932 SVW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendants' Motion for Summary Judgment (the "Motion") and related briefing, and the Report and Recommendation of United States Magistrate Judge ("Report").  The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

\\

\\

\\

\\

\\

\\

\\

1 | Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Motion is GRANTED; (2) the Complaint is DISMISSED; and (3) Judgment shall be entered dismissing this action with prejudice.

DATED: October 13, 2022

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE