FILED
CLERK, U.S. DISTRICT COURT
10/13/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: GR DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYIAVORY JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>DR. ARTHUR BLAIN, et al.,<br><br>    Defendants. | NO. CV 20-1932 SVW (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 13, 2022

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1